# ATTACHMENT B
## AFFIDAVIT - TASK FORCE OFFICER CHRIS BARB
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

I, Chris Barb, a Task Force Officer (TFO) of the U. S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, depose, and state the following:

1. I have been a TFO of ATF for approximately two years. Additionally, I have been employed by the Springfield, Missouri, Police Department (SPD) as a police officer for the past 20 years. I am currently assigned to the Violent Crimes Unit. I have received over 1000 hours of training from various federal, state, and local law enforcement agencies, which included the investigation of criminal violations of federal law involving the illegal possession of firearms.

2. This affidavit is submitted in support of a criminal complaint charging Robert L. JENNINGS (JENNINGS) with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), for the possession of a Heritage Manufacturing brand, Rough Rider model, .22-caliber revolver, serial number R32484, in Springfield, within the Western District of Missouri, after being convicted of a felony.

3. The information contained in this affidavit is based upon my own investigation, oral and written reports by other law enforcement officers, and other investigative techniques. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause to support the issuance of the criminal complaint, I have not described all the relevant facts and circumstances of which I am aware.

4. On June 9, 2018, at approximately 2:45 p.m., members of the SPD responded to the area of Crutcher Avenue and Page Street, near the residence located at 1869 East Page Street, for a

shooting incident. Officers received information from dispatch that a male had been shot in the face and the shooter may be in a brown vehicle.

5. Upon their arrival in the area, officers located two males. One male had been shot in the face and the other in the back.

6. SPD Officer Alexander Vu, while in the area, observed a Chrysler Concorde moving westbound in reverse on Page Street. Officer Vu pursued the Chrysler Concorde and observed it collide with another vehicle. The Chrysler Concorde then continued southbound into an apartment parking lot, located at 1846 East Page Street. Officer Vu lost sight of the Chrysler Concorde briefly and then heard a loud "booming" sound. Officer Vu continued south and observed that the Chrysler Concorde, then unoccupied, had collided with a fence near the railroad tracks south of the apartment complex.

7. Officer Vu, with the assistance of other members of SPD, established a perimeter in the area of the unoccupied Chrysler Concorde in an attempt to locate the driver, who had fled the area. Officer Vu found JENNINGS in an overgrown area near the railroad tracks and ordered JENNINGS to come out. JENNINGS complied. JENNINGS was arrested and first transported to a hospital for treatment and then to SPD headquarters.

8. On June 9, 2018, at approximately 7:00 p.m., SPD Detective Brian Smith, while processing the Chrysler Concorde, observed a Heritage Manufacturing brand, Rough Rider model, .22-caliber revolver, serial number R32484, on the driver's side floorboard with one live round and five spent casings in the cylinder.

9. On June 9, 2018, SPD Detective Cody Williams conducted a post-*Miranda* interview with JENNINGS at SPD Headquarters. During the interview, JENNINGS admitted that the

Chrysler Concorde was his and that he shot a revolver at the two males inside the living room of the residence at 1869 East Page Street.

10. On September 19, 2018, ATF Special Agent (SA) Brian Fox received a description of the firearm seized. SA Fox has received specialized training in the determination of the interstate movement of firearms and ammunition. SA Fox concluded the firearm seized from the Chrysler Concorde was not manufactured in the state of Missouri, and therefore, would have been transported across a state line at some time during or before JENNINGS' possession of it.

11. I test-fired the firearm seized, and it functioned as designed.

12. JENNINGS has been previously convicted of possession, with intent to distribute, a controlled substance, which is a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Missouri.

13. Based upon my training and experience, for the reasons expressed above, I believe that JENNINGS has violated 18 U.S.C. §§ 922(g)(1) and 924(a)(2), that is felon in possession of a firearm.

Further Affiant Sayeth Not.

*Chris Barb*
Chris Barb
Task Force Officer, ATF

Subscribed and sworn to before me in my presence on the 21st day of September, 2018, at 10:39 a.m./p.m.

*David P. Rush*
Honorable Judge David P. Rush
United States Magistrate Judge
Western District of Missouri